# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201600351

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ADAM J. MONTALVO.
Aviation Ordnanceman Airman (E-3), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS NIMITZ (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander James
M. Kennedy, JAGC, USN
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 January 2017

———————————————

Before MARKS, JONES, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court